STATE, *ex rel.* H. V. DIAMOND, *et al.,* as Board of County Commissioners, Santa Rosa County, v. FRED P. CONE, as Governor, J. M. LEE, as Comptroller, W. V. KNOTT, as Treasurer, 'as and constituting the Board of Administration.

177 So. 878.

En Banc.

Opinion Filed October 6, 1937.·

*John T. Wigginton,* for Petitioners;

*J. Velma Keen* and *A. Frank O'Kelley,* Jr., for Respondent, Lee.

*Pleus, Williams & Pleus,* as *Amici Curiae.*

TERRELL, J.—The facts in this case are in point with those in the companion case of State, *ex rel.* A. L. Wilson, *et al.,* as Board of County Commissioners of Gadsden County, v. Fred P. Cone, J. M. Lee, and W. V. Knott, *et al.,* as State Board of Administration, decided this date. The Act relied on, Chapter 17972, Acts of 1937, is the same type of Act and operates in the same manner as Chapter 17042, and Chapter 17034, Acts of 1935, relied on in the companion case of State, *ex rel.* J. R. Mayo, *et al.,* as Board of· County Commissioners of Calhoun County, v. J. M. Lee, · *et al.,* decided this date.

The basis of classification being similar, what we said in the foregoing styled cases and the case of State, *ex rel.* O. J. Harrell, *et al.,* as Board of County Commissioners of Washington County, v. Fred P. Cone, J. M. Lee, and W. V. Knott, *et al.,* as State Board of Administration, decided this date, is conclusive of all questions raised in this case.

The motion to quash the alternative writ is accordingly granted with leave to amend the alternative writ. ..'.

It is so ordered.

WHITFIELD and CHAPMAN, J. J., concur.

ELLIS, C. J., and BROWN and BUFORD, J. J., concur specially.

BUFORD, J. (concurring specially).—I concur in the judgment stated at the conclusion of the opinion prepared by Mr. Justice TERRELL, but it is my view that this case is in all respects like the case of State, *ex rel.* A. L. Wilson, *et al.,* v. Fred P. Cone, *et al.,* decided at this Term, and, therefore, because of the reasons stated for the conclusion reached by me in that case, I think the alternative writ here should be quashed, with leave to the Relators to amend so as to come within the purview of the provisions of Chapter 15659, Acts of 1931, as to the balance due Santa Rosa County under the provisions of that Act, which the records in the office of the State Treasurer show to be in the sum of $82,047.32 as and when the same becomes available.

ELLIS, C. J., and BROWN, J., concur.